

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

## No. 07-16-00215-CR
_____

### TORI BROOKE PATRICK , APPELLANT

### V.

### STATE OF TEXAS, APPELLEE

On Appeal from the 47th District Court
Randall County, Texas
Trial Court No. 18834A; Honorable Ed L. Self, Presiding

March 27, 2017

## ORDER OF RECUSAL

Before QUINN, C.J., and CAMPBELL, and PIRTLE, JJ.

Tori Brooke Patrick, appellant, dated a staff attorney currently employed with the Seventh Court of Appeals and did so while the attorney was employed with the court. During that relationship, appellant attended at least one court holiday function with the staff attorney. All the justices of the court met and came to know appellant at the event. Each justice believes his encounter with appellant and the staff attorney's past association with her would not influence his judgment in this matter in any way.

Nonetheless, each justice determined that in the interest of promoting confidence in the integrity and impartiality of the judiciary in accordance with the Code of Judicial Conduct, he would voluntarily recuse himself. *See* TEX. R. APP. P. 16.2; *see also* TEX. RULE CIV. P. 18b(b)(1); TEX. CODE JUD. CONDUCT, Canon 2(A), *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. G, app. B (West 2013). Accordingly, this matter is referred to the Texas Supreme Court for transfer to another Court of Appeals or assignment of three justices, as that Court deems appropriate.

Per Curiam

Do not publish.